No. 1306. **Whaley** *v.* **Houser.** April Term, 1882.

1. A finding of fact by referee, overruled by the Circuit judge, sustained.

2. A matter material to the issues and not passed upon below, left open for further investigation.

3. One not a party to the cause, even if examined as a witness at the hearing, is not bound by a judgment therein. Circuit decree of Mackey, J., reversed. OPINION by MR. JUSTICE McGOWAN, November 27th, 1882. *Glover & Glover, Izlar & Dibble*, for appellant. *J. D. Pope, Rion & Barron*, contra.